IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARY JANE JARAMILLO and REBECCA JARAMILLO, | § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | Civil Action No. 5:17-cv-01110-XR |
| FOUR SEASONS DEVELOPMENT CO., INC., FOUR SEASONS RANCH, LTD., FOUR SEASONS RANCH MANAGEMENT, LLC, JULIAN KUBECZKA, and KEVIN KUBECZKA | § § § § § § | |
| *Defendants*. | § § | JURY TRIAL DEMANDED |

### PLAINTIFFS' NOTICE OF RULE 41 DISMISSAL OF DEFENDANTS FOUR SEASONS RANCH MANAGEMENT, LLC AND FOUR SEASONS RANCH, LTD., WITHOUT PREJUDICE

**TO THE HONORABLE XAVIER RODRIGUEZ:**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Mary Jane Jaramillo and Rebecca Jaramillo dismiss Defendants Four Seasons Ranch Management, LLC and Four Seasons Ranch, Ltd., as defendants in this lawsuit, without prejudice. Because Four Seasons Ranch Management, LLC and Four Seasons Ranch, Ltd., have not filed an answer or a motion for summary judgment, this dismissal is effective upon filing.

Date: November 8, 2017						Respectfully submitted,

											**ANDERSON2X, PLLC**

						By:		/s/ *Clif Alexander*
									**Clif Alexander**
									Federal I.D. No. 1138436
									Texas Bar No. 24064805
									clif@a2xlaw.com
									**Lauren E. Braddy**
									Federal I.D. No. 1122168
									Texas Bar No. 24071993
									lauren@a2xlaw.com
									**Alan Clifton Gordon**
									Federal I.D. No. 19259
									Texas Bar No. 00793838
									cgordon@a2xlaw.com
									819 N. Upper Broadway
									Corpus Christi, Texas 78401
									Telephone: (361) 452-1279
									Facsimile: (361) 452-1284

									***Attorneys in Charge for Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2017, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Western District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

									/s/ *Clif Alexander*
									Clif Alexander